THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Rockford S. Gentry, Appellant.
 
 
 

Appeal From Greenville County
 J.C. Buddy Nicholson, Jr., Circuit Court Judge

Unpublished Opinion No. 2006-UP-161
Submitted March 1, 2006  Filed March 17, 2006

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Dudek, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office of the Attorney General, of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Rockford Gentry pleaded guilty to criminal sexual conduct with a minor in the first degree.  He was sentenced to 15 years, suspended upon the service of eight years and five years probation.  As a condition of his probation, Gentry must be placed on the child abuse register and receive sexual abuse counseling through probation and parole.  Gentry appeals, arguing his guilty plea did not comply with the mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969).  On appeal, counsel for Gentry has filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967), asserting that there were no meritorious grounds for appeal and requesting permission to withdraw from further representation.  Gentry has not filed a pro se response.  
After a thorough review of the record pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.[1]
BEATTY, SHORT, and WILLIAMS, JJ., concur. 

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.